# United States Court of Appeals
## For the First Circuit

No. 16-1205

UNITED STATES OF AMERICA,

Appellee,

v.

HECTOR LUIS TORRES-FIGUEROA,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on June 23, 2017, is amended as follows:

On page 3, line 17: "sentencfng" is replaced with "sentencing"
On page 5, lines 15-16: "(1st Cir. 2015)" is replaced with "(1st Cir.)"